**George E. BUCKNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60896.**

Missouri Court of Appeals, Western District.

Submitted July 2, 2002.

Decided July 16, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Sara L. Trower, Asst. Attorney General, Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

*Order*

PER CURIAM.

George Buckner appeals the denial of his Rule 24.035 motion for post conviction relief. Having considered his contentions on appeal, we affirm by summary order. An opinion would lack jurisprudential value. A memorandum has been furnished to the parties as to the grounds for the decision. The judgment is affirmed. Rule 84.16(b).